PROB 12C
45476

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Motion for Revocation on Offender Under Probation Supervision
Summons Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Robert Earl Bowman | Case Number: | 7:13-MJ-1028-RJ |
| Name of Sentencing Judge: | Honorable Robert B. Jones, Jr. | | |
| Date of Original Sentence: | August 7, 2013 | | |
| Original Offense: | Larceny of Personal Property, 18 U.S.C. § 661 | | |
| Original Sentence: | 12 month term of probation | | |
| Type of Supervision: | Probation | Supervision Started: | 08/07/2013 |
| Defense Attorney: | AFPD Ormond Harriott | | |

PETITIONING THE COURT

Violation 1 -   Failure to pay a monetary obligation.

Bowman was ordered to pay restitution in the amount of $996. On September 19, 2013, a payment plan was established at the rate of $75 per month beginning October 15, 2013. To date, the defendant has paid $125 towards restitution. A balance of $871 remains.

In view thereof, we respectfully petition the court for the issuance of a summons and recommend that the term of supervision be revoked.

This the 24th day of July, 2014.

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the
foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2, Jacksonville, NC
28546-6762
Phone: 910-347-9038
Executed On: July 24, 2014

========================================================================

THE COURT ORDERS:

☑   ORDER ISSUANCE OF A SUMMONS
☐   OTHER:

_____          7/24/14
Robert B. Jones, Jr.                              Date
U.S. Magistrate Judge