UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 7:13-MJ-1028-RJ

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **Robert Earl Bowman** | ) | |

Robert Earl Bowman appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, at Wilmington, North Carolina, on August 7, 2013, and upon a plea of guilty to Larceny of Personal Property, in violation of 18 U.S.C. § 661, was placed on probation for a period of 12 months.

A Motion for Revocation was filed on July 25, 2014, alleging that the defendant had violated the conditions of his probation by failing to satisfy the court indebtedness. The defendant satisfied the court indebtedness on November 14, 2014.

It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation filed July 25, 2014, and discharging the defendant from further supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation filed on July 25, 2014, be withdrawn, and supervision is hereby terminated.

This the _17_ day of _November_, 2014.

Robert B. Jones, Jr.
U.S. Magistrate Judge